JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| QUENTIN DAMON MURPHY, | ) | No. ED CV 20-1522-JAK (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| DANIEL E. CUEVA, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: September 7, 2021

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE